# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-0850

_____

ROBERT F. POOLE,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
J. Layne Smith, Judge.

September 19, 2022


PER CURIAM.

    DISMISSED.

RAY, MAKAR, and NORDBY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert F. Poole, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee Ricky D. Dixon, Secretary, Florida Department of Corrections; Marie A. Borland, Ethen R. Shapiro, and David W. Hughes of Hill, Ward & Henderson, P.A., Tampa, for Appellee Centurion of Florida, LLC.